IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR THE BANK OF ALAMO, ) ) ) ) | |
| PLAINTIFF, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1-04-1028-T |
| PEGGY S. HOOPER, ) ) | |
| DEFENDANT. ) | |

## ~~PROPOSED~~ ORDER GRANTING MOTION TO CONTINUE TRIAL

Upon consideration of Plaintiff's Motion to Continue Trial Setting, and request to reschedule certain dates in the Scheduling Order entered on July 14, 2005, to a date closer to the trial setting, the Court finds that the motion is well taken and should be granted.

WHEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that the trial of this matter is reset for November 3, 2005, and the Joint Pretrial Order is due on October 21, 2005.

So ORDERED the 20th day of April, 2005.

_____
JUDGE JAMES D. TODD

508928.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-21-05

48

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:04-CV-01028 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable James Todd
US DISTRICT COURT