# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division

FEDERAL DEPOSIT INSURANCE
CORPORATION, As Receiver for the
Bank of Alamo

**JUDGMENT IN A CIVIL CASE**

v.

PEGGY S. HOOPER                    CASE NUMBER:    04-1028-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/14/05, judgment is hereby GRANTED in favor of the Federal Deposit Insurance Corporation, as Receiver for the Bank of Alamo, against Peggy S. Hooper, in the amount of the deficiency, $1,254,000.00, plus $27,230.59 in legal fees and expenses, for a total judgment of $1,281,230.59.


APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


                                    THOMAS M. GOULD
                                    CLERK

____11/15/05____        BY:   _____
DATE                                DEPUTY CLERK


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___11-18-05___.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 1:04-CV-01028 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Honorable James Todd
US DISTRICT COURT