IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, As Receiver for the BANK OF ALAMO, ) ) ) ) | |
| Plaintiff, ) ) ) | No. 04-1028-T/An |
| PEGGY S. HOOPER, ) ) ) | |
| Defendant. ) | |

## ORDER GRANTING FINAL JUDGMENT

Before the Court is Plaintiff's Motion to grant attorney's fees and expenses. The parties have conferred through their counsel and have agreed as to the appropriate amount of the final judgment awarding attorneys fees, costs, and interest. Further, the Defendant has agreed to waive her right to an appeal and enters into this stipulation for that purpose.

WHEREFORE, judgment should be rendered as follows:

1. That the total amount of indebtedness owed is One Million Five Hundred Forty-Four Thousand, Two Hundred Ninety-One dollars, such judgment shall accrue interest at a daily rate of $279.33 from the date of October 26, 2005;

2. That an additional judgment against the Defendant in the amount of one-half (½) the attorneys fees sought for a total of Thirteen Thousand Three Hundred Seventy Five Dollars ($13,375.00) and in an amount equal to one-half (½) of the non-taxable costs for a total of $240.27.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __11-30-05__

3. Further by execution of this Order, through its counsel, Defendant stipulates that it is hereby waiving its right to appeal.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED accordingly.

*[Signature]*
JAMES D. TODD

Date: 23 November 2005

APPROVED:

*[Signature]*
J. Houston Gordon, Esq.
Suite 300, Hotel Lindo Building
114 W. Liberty Avenue
P.O. Box, 846
Covington, Tennessee 38019-0846

*[Signature]*
Robert E. Craddock, Jr. (#5826)
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

525373.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 1:04-CV-01028 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Honorable James Todd
US DISTRICT COURT