IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 DEC 12 PM 1:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| Federal Deposit Insurance Corporation,<br>Plaintiff, | )<br>)<br>) |
| v. | ) No. 04-1028 T/An |
| Peggy S. Hooper,<br>Defendant. | )<br>)<br>)<br>) |

## ORDER TAXING COSTS

Plaintiff, Federal Deposit Insurance Corporation ("FDIC"), the prevailing party in the above-captioned action under Judgment entered September 12, 2005 in favor of Plaintiff FDIC, filed its Bill of Costs, pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. §1920, on October 3, 2005 in the sum of $4,581.24, seeking reimbursement from Defendant Peggy S. Hooper for the following itemized expenses:

|   |   | Requested |
|---|---|---|
| 1. | Clerk's Fees | $ 150.00 |
| 2. | Court Reporter and Transcript Fees | 308.20 |
| 3. | Exemplification and Copying Fees | 251.12 |
| 4. | Other Costs | 3,871.24 |
|   | Total Costs Submitted by Plaintiff | $ 4,581.24. |

The Clerk of Court, pursuant to Local Rule 54.1, provided written notice to counsel for all parties on November 7, 2005 that a hearing would be held by the Clerk of Court on November 29, 2005 at 10:00 AM at which counsel could appear and/or submit citations of law relevant to the issue of taxing costs in this matter. Neither counsel for Plaintiff nor counsel for the Defendant appeared, and no party submitted citations of law relevant to the issue of taxing costs in this matter.

Since Plaintiff's Bill of Costs included claims that are covered by 28 U.S.C. § 1920 and were not objected to by Defendant Peggy S. Hooper, the Clerk of Court has determined that costs should be and are hereby taxed against Defendant Peggy S. Hooper and in favor of Plaintiff FDIC in the amount of $4,581.24.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-12-05

(67)

   Pursuant to Local Rule 54.1, taxation of costs by the Clerk of Court may be reviewed by the Court upon motion, which must be served within five (5) days following the docketing of this Order.

Dated: December 12, 2005.

*[signature]*

Thomas M. Gould, Clerk of Court

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 1:04-CV-01028 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable James Todd
US DISTRICT COURT